Quality Industries, Inc. Case# 01-19796

```
JPMORGAN CHASE BANK, N.A.                          VOID AFTER 90 DAYS        240
4 New York Plaza, 13th Floor, New York, NY 10004                             1-2/210
                                                   TID #380290                  2
Case          Debtor                               MICHAEL CHIASSON           19201
01-19796 B    QUALITY INDUSTRIES, INC.             P. O. BOX 1666
312905057768                                       MANDEVILLE LA 70470
REISSUED CHECK FROM STALE CHECK PROCESSING

                                      Date   10/29/2009      $ *******6,451.00

   ~~~Six Thousand Four Hundred Fifty-One Dollars and 00/100

Pay to the
Order of   CHECK, UNITED STATES BANKRUPTCY COURT
                                                         [signature]
                                                         MICHAEL CHIASSON
```

⑈000000240⑈ ⑆021000021⑆ 312905057768⑈

---

UNITED STATES
BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

# 226415    - MB

November 04, 2009
14:29:50

TREASURY REGFUND
01-19796

Debtor.: QUALITY INDUSTRIES, INC.
Trustee: Michael Chiasson
Amount.:            $6,451.00 CH
Check#.: 240


Total -> $6,451.00


FROM: CHIASSON

November 4, 2009

Deposited to 6047BK
Treasury Account

Due: To various claimants

CV.

Printed: 10/29/09 09:13 AM

Trustee: MICHAEL CHIASSON (380290)
Case: 01-19796 - QUALITY INDUSTRIES, INC.

Stale Check Report

Page: 1

| Account No. | Check No. | Issued | | | Payee | | | | Check Amount |
|---|---|---|---|---|---|---|---|---|---|
| 312-9050577-68 | 240 | 10/29/09 | | | CHECK, UNITED STATES BANKRUPTCY COURT | | | | ************ |
| Claim No. | Cancelled Check No. | Filed | Priority | | Claimant | Amount Filed | Amount Allowed | Paid to Date | Cancelled Payment |
| 11 | 120 | 01/08/02 | 610 | | Superior Tire Service<br>PO Box 2591<br>Houma, LA 70361 | 351.79 | 351.79 | 6.26 | 6.26 |
| 18 | 127 | 01/11/02 | 610 | | Reco Crane/Con-Equip.<br>c/o CEC Liquidation Trust<br>8111 Mills Road<br>Houston, TX 77064 | 7,620.13 | 7,620.13 | 135.49 | 135.49 |
| 19 | 128 | 01/11/02 | 610 | | Connector Specialists, Inc.<br>c/o Phillip K. Wallace<br>114 Village Street, Suite 100<br>Slidell, Lo 70458 | 9,558.29 | 9,558.29 | 169.96 | 169.96 |
| 63 | 162 | 02/04/02 | 610 | | General Purpose Steel, Inc. of Alabama c/o Mark C. Landry (#<br>Newman, Mathis, Brady, Wakefield & Spedale | 20,546.40 | 20,546.40 | 365.33 | 365.33 |
| 71 | 169 | 02/25/02 | 610 | | Industrial Welding Supply Company of Harvey, Inc. d/b/a Indu<br>F.Joseph Drolla, Jr., Esq.<br>212 Veterans Blvd, Suite 201<br>Metairie, LA 70005 | 5,828.57 | 5,828.57 | 103.64 | 103.64 |
| 84 | 177 | 03/18/02 | 610 | | Certex-Central<br>P.O. Box 601437<br>Charlotte, NC 28260-1437 | 1,455.20 | 1,455.20 | 25.87 | 25.87 |
| 113 | 191 | 05/17/02 | 610 | | Celerity Services, Inc.<br>PO Box 918<br>Berwick, LA 70342 | 1,375.00 | 1,375.00 | 24.45 | 24.45 |

(*) Denotes objection to Amount Filed

## Stale Check Report

Trustee: MICHAEL CHIASSON (380290)
Case: 01-19796 - QUALITY INDUSTRIES, INC.

| Claim No. | Cancelled Check No. | Filed | Priority | Claimant | Amount Filed | Amount Allowed | Paid to Date | Cancelled Payment |
|---|---|---|---|---|---|---|---|---|
| 173 | 217 | 07/25/02 | 610 | Thomas Creel<br>85 Lakeview Avenue<br>Lake Placid, FL 33852 | 156,687.25 | 156,687.25 | 2,786.05 | 2,786.05 |
| 188 | 221 | 07/30/02 | 610 | OFfice of the Secretary, Legal Division<br>Post Office Box 82282<br>Baton Rouge, LA 70884-2282 | 383.65 | 383.65 | 6.82 | 6.82 |
| 198 | 224 | 08/01/02 | 610 | Oilserv Limited<br>42 Nambe Road, Rumuibekwe Estate<br>P.O. Box 8014<br>Port, Ha Niger-ia | 150,000.00 | 150,000.00 | 2,667.14 | 2,667.14 |
| 200 | 225 | 08/02/02 | 610 | Century Corrosion Technologies<br>11767 Katy Freeway Suite 1130<br>77079 | 8,998.03 | 8,998.03 | 159.99 | 159.99 |

(*) Denotes objection to Amount Filed