IN RE: QUALITY INDUSTRIES, INC.                                CASE NO. 01-19796 "B"

---

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER WITH THE "CHASE" LOGO FADING IN THE BACKGROUND

**JPMORGAN CHASE BANK, N.A.**
4 New York Plaza, 13th Floor, New York, NY 10004

VOID AFTER 90 DAYS    235
1-2/210
2
19095

| Case | Debtor |
|---|---|
| 01-19796 B | QUALITY INDUSTRIES, INC. |
| 312905057768 | |
| RETURNED CHECKS FROM U S P O | |

TID #380290
MICHAEL CHIASSON
P. O. BOX 1666
MANDEVILLE LA 70470

Date    08/20/2009    $ *********119.49

~~~One Hundred Nineteen Dollars and 49/100

Pay to the Order of  U.S. BANKRUPTCY COURT
500 POYDRAS STREET
SUITE B-601
NEW ORLEANS LA 70130-0000

                                                        MICHAEL CHIASSON

THE BACK OF THIS DOCUMENT CONTAINS AN ARTIFICIAL WATERMARK - HOLD AT AN ANGLE TO VIEW

⑉"000000235"⑉  ⑊:021000021⑊:312905057768"⑉

---

8/24/09

DEPOSITED TO TREASURY
UNCLAIMED.
DUE: (SEE ATTACHED LETTER)

```
UNITED STATES
BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

#  226052      -  KW
* * C O P Y * *
August 24, 2009
    14:57:50


TREASURY REGFUND
    01-19796
Debtor.: QUALITY INDUSTRIES, INC.
Trustee: Michael Chiasson
Amount.:           $119.49 CH
Check#.: 235


Total -> $119.49



FROM: CHIASSON
```

Michael Chiasson, Panel Trustee
United States Bankruptcy Trustee
Post Office Box 1666                                            (985) 674-9848
Mandeville, La. 70470

August 20, 2009

Financial Administrator
United States Bankruptcy Court
500 Poydras Street, Suite B - 601
New Orleans, La. 70130

Re: Case No.: 01-19796
    CASE Name: QUALITY INDUSTRIES, INC.

Dear Sir/Madam:

Pursuant to Rule 3011, Rules of Bankruptcy Procedure, I am transmitting to you, for deposit to the registry of the court, my check on this estate's bank account, which represents amounts due to the creditor(s) listed:

ORLEANS MATERIALS
P. O. BOX 26307
NEW ORLEANS, LA. 70186                                          $42.93

TRANSPORT INTERNATIONAL POOL, INC.
426 W. LANCASTER AVENUE
DEVON, PA. 19333                                                $58.00

INTEMEDIA COMMUNICATIONS
9201 N. CENTRAL EXPRESSWAY
TALLAS, TEXAS 75231                                             $18.56

My check is being sent to you because:
(    ) I issued a check for the same amount, and the same payee listed above, and the check(s) remain unpaid 90 days since the time of issuance.
(    ) I issued a check for the same amount, and the same payee listed above, and the check(s) were returned to me by the Post Office.
(    ) No check was issued. the amount due a creditor(s) is less than $5.00.

Sincerely;

*[signature]*

Michael Chiasson, Trustee.